***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted July 29, affirmed August 31, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MATTHEW ROMAN WONSER,
aka Matthew Roman Drakeford Wonser,
*Defendant-Appellant.*

Lincoln County Circuit Court
19CR34546; A174980

Amanda R. Benjamin, Judge pro tempore.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Daniel C. Bennett, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *State v. Rusen*, 369 Or 677, 509 P3d 628 (2022); *State v. Davis-McCoy*, 300 Or App 326, 454 P3d 48 (2019).